IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL ACTION NO.   3:21-00068-01

KENNETH EMENI

**ORDER**

Pending is the Motion of the United States to Schedule a Guilty Plea Hearing in this matter. ECF No. 168. The Court **GRANTS** the Motion and **SCHEDULES** a plea hearing, pursuant to *Fed. R. Crim. P.* 11, for **December 15, 2021,** at **10:30 a.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:        December 2, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE