```
Court Name: US District Court/SDWV
Division: 3
Receipt Number: HUNT005003
Cashier ID: jacash
Transaction Date: 12/13/2021
Payer Name: KEVIN D. MILLS AND ASSOC.
------------------------------------
CRIMINAL DEBT
 For: KENNETH EMENI
 Case/Party: D-WVS-3-21-CR-000068-001
 Amount:         $100.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 1243
 Amt Tendered:  $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```